UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NUMBER: 8:15-cv-01852-MSS-AEP

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

ANDREW P. BOURDEAU,

    *Defendant.*

_____/

## MOTION FOR LEAVE TO AMEND
## ANSWER AND ASSERT AFFIRMATIVE DEFENSES

**COMES NOW, ANDREW P. BOURDEAU** (hereinafter "Defendant"), by and through his attorney, and files this Motion for Leave to Amend Answer and Assert Affirmative Defenses (hereinafter "Motion ") and states as follows:

1. Defendant requests leave from this Court to Amend his Answer and Assert Affirmative Defenses.

2. Defendant filed an Answer, *pro se,* in this matter.

3. Counsel was hired during the pendency of this action. Plaintiff's and Defendant's attorney has spent considerable time in informal negotiations during which no action was taken in the court proceedings. *See Plaintiff's attorney's time sheets, filed in Document 8, Exhibit C, page 2, paragraph #5.*

4. Certain facts regarding failure to pay may be disputed and the Defendant would like time to conduct discovery by requesting the document and/or documents wherein the

"holder demanded payment according to the terms of the note." *Certificate of Indebtedness #1 of 2; and Certificate of Indebtedness #2 of 2.*

5  Amendment is to be freely granted. Rule 15(a)(2) of the Federal Rules of Civil Procedure. *See also Foman v. Davis*, 371 U.S.178 (1962).

6.  Defendant has not previously sought permission to amend. Amendment is not futile.

7.  Plaintiff is not prejudiced by allowing the amended pleading. The Motion is not filed in bad faith or for purposes of delay.

8.  A copy of the proposed amended pleading is attached as Exhibit A.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by email to Steven M. Davis, Becker & Poliakoff, P.A., 121 Alhambra Plaza, 10th Floor, Coral Gables, Florida 33134, sdavis@becker-poliakoff.com, on this _____ day of December, 2015.

By: _____
**Cassandra L. Denmark, Esquire**
Florida Bar No.: 0553247
The Law Office of Cassandra L. Denmark, LLC
Cassandra@cldenmarklaw.com
Felicia@cldenmarklaw.com
Post Office Box 1793
Bartow, Florida 33831-1793
Tel. (863) 533-7120
Fax (863) 533-7174
Attorney for Defendant

EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NUMBER: 8:15-cv-01852-MSS-AEP

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

ANDREW P. BOURDEAU,

    *Defendant.*

_____/

## ANSWER TO COMPLAINT

**COMES NOW**, the Defendant, **ANDREW P. BOURDEAU**, by and through his attorney, and files this Answer to the numbered paragraphs and sentences of the Complaint and admits, denies or otherwise responds as follows:

1. Admit.

2. Admit.

3. A. Without knowledge; therefore denied.

    B. Without knowledge; therefore denied.

4. A. Without knowledge; therefore denied.

    B. Without knowledge; therefore denied.

5. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### LACHES

The Plaintiff waited too long to file this lawsuit, making it difficult or impossible for the

Defendant to find witnesses or evidence or evidence that is necessary to provide Defendant's defense has been lost or destroyed, which has led to a prejudicial delay.

### SECOND AFFIRMATIVE DEFENSE
### INADEQUATE NOTICE/FAILURE TO MITIGATE DAMAGES

Plaintiff failed to make demand for payment of the indebtedness prior to filing this action in which has led to the failure to reasonably mitigate damages.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by email to Steven M. Davis, Becker & Poliakoff, P.A., 121 Alhambra Plaza, 10th Floor, Coral Gables, Florida 33134, sdavis@becker-poliakoff.com, on this _____ day of December, 2015.

By:_____
**Cassandra L. Denmark, Esquire**
Florida Bar No.: 0553247
The Law Office of Cassandra L. Denmark, LLC
Cassandra@cldenmarklaw.com
Felicia@cldenmarklaw.com
Post Office Box 1793
Bartow, Florida 33831-1793
Tel. (863) 533-7120
Fax (863) 533-7174
Attorney for Defendant