UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NUMBER: 8:15-cv-01852-MSS-AEP

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

ANDREW P. BOURDEAU,

    *Defendant.*
_____/

## OPPOSITION TO PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT & MEMORADUM OF LAW

**COMES NOW, ANDREW P. BOURDEAU** (hereinafter "Defendant"), by and through his attorney, and files this Opposition to Plaintiff's Motion for Summary Judgment & Memorandum of Law and Motion to Continue Until Discovery is Completed and states as follows:

On or about December 23, Defendant filed a Motion for Leave to Amend Answer and Assert Affirmative Defenses. Plaintiff's and Defendant's attorney has spent considerable time in informal negotiations during which no action was taken in the court proceedings. During a telephone conversation and/or email, Defendant's attorney requested the demand letters to no avail. Defendant has limited funds and did not want to incur additional legal fees. A good faith effort was made to resolve this matter during the informal negotiations.

Certain facts alleged in the Plaintiff's complaint regarding failure to pay may disputed and the defendant would like time to conduct discovery by requesting the document and/or documents wherein the "holder demanded payment according to the terms of the note" and

additional documents regarding the calculations as outlined in the Motion for Summary Judgment & Memorandum of Law. The Defendant contends that he did not receive a demand letter and if he had damages may have been mitigated. See the attached Exhibit "A" Andrew P. Bourdeau's affidavit.

In addition, the facts are in dispute as the Defendant contends he did not receive a demand letter from Plaintiff which could have mitigated damages. In addition, Defendant is not sure the calculations as outlined in the Plaintiff's Motion for Summary Judgment & Memorandum of Law are correct.

Pursuant to *Rule 56(c) Federal Rules of Civil Procedure*, the Defendant requests time to conduct discovery which will or may provide disputed facts in which a Summary Judgment cannot be granted. A motion for summary judgment should not be granted if the record reflects the existence of genuine issue of fact or the possibility of an issue. Defendant contends there are genuine issues of material fact.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by email to Steven M. Davis, Becker & Poliakoff, P.A., 121 Alhambra Plaza, 10th Floor, Coral Gables, Florida 33134, on this ___ day of December, 2015.

By: /s/ Cassandra L. Denmark, Esq.
**Cassandra L. Denmark, Esquire**
Florida Bar No.: 0553247
The Law Office of Cassandra L. Denmark, LLC
Cassandra@cldenmarklaw.com
Felicia@cldenmarklaw.com
Post Office Box 1793
Bartow, Florida 33831-1793
Tel. (863) 533-7120
Fax (863) 533-7174
Attorney for Defendant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NUMBER: 8:15-cv-01852-MSS-AEP

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

ANDREW P. BOURDEAU,

    *Defendant.*

_____/

## AFFIDAVIT OF ANDREW P. BOURDEAU

**BEFORE ME**, the undersigned authority, personally appeared **ANDREW P. BOURDEAU**, who, after first being duly sworn by me, deposes and states as follows:

1. My name is Andrew P. Bourdeau.

2. I am over the age of eighteen, and competent in all respects to make this affidavit.

3. Everything in this Affidavit is true and correct.

4. The Plaintiff waited so long to file the lawsuit and it is difficult for me to determine if the calculations as outlined in the Motion for Summary Judgment are correct.

5. I did not receive a demand letter(s) as stated in Certificate of Indebtedness #1 of 2; and Certificate of Indebtedness #2 of 2.

Further Affiant Sayeth Not.

DATED this _____ day of December, 2015.

_____       _____
Witness       ANDREW P. BOURDEAU

Page **1** of **2**

Print name: Assandra L. Dennaill

Witness: A'Kecya D Borders
Print name: A'Kecya D Borders

STATE OF FLORIDA
COUNTY OF POLK

SWORN TO AND SUBSCRIBED before me this 28th day of December, 2015 by **ANDREW P. BOURDEAU.** He is, _____ personally known to me or B630-015-69-139-0 identification provided.

Felicia L. Borders
Felicia L. Borders
Notary Public - State of Florida
My Commission Expires: 9/17/18
My Commission #: FF 160934

FELICIA L. BORDERS
MY COMMISSION # FF 160934
EXPIRES: September 17, 2018
Bonded Thru Notary Public Underwriters