UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NUMBER: 8:15-cv-01852-MSS-AEP

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

ANDREW P. BOURDEAU,

    *Defendant*.

_____/

## MOTION TO CONTINUE SUMMARY JUDGMENT & MEMORANDUM OF LAW UNTIL DISCOVERY IS COMPLETED

**COMES NOW**, **ANDREW P. BOURDEAU** (hereinafter "Defendant"), by and through his attorney, and files this Motion to Continue Plaintiff's Summary Judgment & Memorandum of Law Until Discovery is Completed and states as follows:

This Motion is filed pursuant to *Rule 56(c) of the Federal Rules of Civil Procedure*. Defendant files this Motion to Continue Summary Judgment & Memorandum of Law Until Discovery is Completed simultaneously with an Opposition to Plaintiff's Motion for Summary Judgment & Memorandum of Law.

The Defendant, by and through the undersigned attorney, had planned to develop "failure to provide demand letter and duty to mitigate damages", all in discovery, before the premature Motion for Summary Judgment & Memorandum of Law was filed. *Celotex Corp. v Catrett*, 477 U.S. 317 (1986).

**WHEREFORE**, the Defendant requests this Court not enter a Summary Judgement until discovery is completed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by email to Steven M. Davis, Esquire, sdavis@becker-poliakoff.com, on this ___ day of December, 2015.

By: /s/ Cassandra L. Denmark, Esq.
    **Cassandra L. Denmark, Esquire**
    Florida Bar No.: 0553247
    The Law Office of Cassandra L. Denmark, LLC
    Cassandra@cldenmarklaw.com
    Felicia@cldenmarklaw.com
    Post Office Box 1793
    Bartow, Florida 33831-1793
    Tel. (863) 533-7120
    Fax (863) 533-7174
    Attorney for Defendant